# Comparable Market Analysis

**Tuesday, March 19, 2013**



**For**

JAMES & KAREN OSIECZONEK
1719 Center Rd
Waukesha, WI 53189-7302

**By**



**Tom McMahon,**
**First Weber Group - Waukesha**
1507 E. Sunset Dr.
Waukesha, WI 53189
262-522-7759
tmcmahon@firstweber.com
http://www.TomMcMahon.FirstWeber.com

**CMA: Mapping**   prepared for **JAMES & KAREN OSIECZONEK**

## Map of Subject And Comparable Properties



**Legend**
- Active  ○ Sold  ○ Pending  ○ Withdrawn  ● Expired
- 📍 Subject: 1719 Center Rd Waukesha WI 53189-7302
1. 2310 Lander LN , Waukesha WI 53188-4614 (1271118)
2. 1020 Burrie LN , Waukesha WI 53188-5546 (1266116)
3. 105 Joellen Dr , Waukesha WI 53188-4973 (1266617)

CMA: Subject Property                                      prepared for **JAMES & KAREN OSIECZONEK**

## Subject Property Description



| | |
|---|---|
| Address | 1719 Center Rd<br>Waukesha, WI 53189-7302 |
| Type | Single Family |
| # of Rooms | 8 |
| Bedrooms | 4 |
| Full Baths | 2 |
| Half Baths | 0 |
| Est. Total Sq. Ft. | 2073.00 |
| Architecture | Bi-Level |
| Est. Square Footage | 2001-2500 |
| Exterior | Aluminum; Partial-Brick; Partial-Wood |
| Style | Bi-Level |
| Lot Size | 75x150 |
| School District | Waukesha |
| Taxes | 3572 |
| Tax Year | 2012 |
| Est. Year Built | 1970 |
| Garage Spaces | 2.50 |
| Garage Type | A |
| Basement | Full |
| Heating/Cooling | Natural Gas |

Case 13-23843-svk    Doc 6-1    Filed 03/27/13

## CMA: Subject and Comparable Properties

prepared for **JAMES & KAREN OSIECZONEK**

| | Subject | 1271118 | | 1266116 | | 1266617 | |
|---|---|---|---|---|---|---|---|
| | 1719 Center Rd<br>Waukesha WI 53189-7302 | 2310 Lander LN<br>Waukesha WI | | 1020 Burrie LN<br>Waukesha WI | | 105 Joellen Dr<br>Waukesha WI | |
| List Price | | $144,900 | | $147,900 | | $159,600 | |
| Original List Price | | $144,900 | | $154,900 | | $179,000 | |
| Sold Price | | $150,000 | | $137,900 | | $148,000 | |
| Status | | Sold | | Sold | | Sold | |
| Status Date | | 10/05/2012 | | 10/30/2012 | | 01/17/2013 | |
| Days on Market | | 18 | | 104 | | 104 | |
| Cumulative Days on Market | | 18 | | 104 | | 104 | |
| Adjustment | | | +/- | | +/- | | +/- |
| Type | Single Family | Single Family | | Single Family | | Single Family | |
| # of Rooms | 8 | 7 | | 6 | | 6 | |
| Bedrooms | 4 | 4 | | 3 | | 3 | |
| Full Baths | 2 | 1 | | 1 | | 2 | |
| Half Baths | 0 | 1 | | 1 | | 0 | |
| Est. Total Sq. Ft. | 2073.00 | 1,776 | | 1,792 | | | |
| Architecture | Bi-Level | Contemporary; Colonial | | Bungalow | | Other | |
| Est. Square Footage | 2001-2500 | 1751-2000 | | 1751-2000; Not Verified | | 1501-1750 | |
| Exterior | Aluminum; Partial-Brick; Partial-Wood | Vinyl | | Aluminum; Vinyl | | Aluminum; Partial-Brick | |
| Style | Bi-Level | Tri-Level | | Bi-Level | | Tri-Level | |
| Lot Size | 75x150 | 0.29 AC | | 0.220 AC | | TBV | |
| School District | Waukesha | Waukesha | | Waukesha | | Waukesha | |
| Taxes | 3572 | 4,230 | | 3,900 | | 3,786 | |
| Tax Year | 2012 | 2011 | | 2011 | | 2011 | |
| Est. Year Built | 1970 | 1977 | | 1978 | | | |
| Garage Spaces | 2.50 | 2.00 | | 2.00 | | 2.00 | |
| Garage Type | A | Attached | | Attached | | Attached | |
| Basement | Full | Full | | Full | | Partial; Block | |
| Heating/Cooling | Natural Gas | Natural Gas | | Natural Gas | | Natural Gas; Central Air | |
| Adjusted Price | $145,300 | $150,000 | | $137,900 | | $148,000 | |

**CMA: Statistical Summary**   prepared for **JAMES & KAREN OSIECZONEK**

## Price Analysis

### Summary of Sold Listings

| MLS # | Address | List Price | DOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|---|
| 1271118 | 2310 Lander LN, Waukesha WI | $144,900 | 18 | 18 | 09/21/2012 | $150,000 | - | $150,000 |
| 1266116 | 1020 Burrie LN, Waukesha WI | $147,900 | 104 | 104 | 10/26/2012 | $137,900 | - | $137,900 |
| 1266617 | 105 Joellen Dr, Waukesha WI | $159,600 | 104 | 104 | 01/15/2013 | $148,000 | - | $148,000 |

### Low, Average, Median, and High Comparisons

|  | Sold | Overall |
|---|---|---|
| Low | $137,900 | $137,900 |
| Average | $145,300 | $145,300 |
| Median | $148,000 | $148,000 |
| High | $150,000 | $150,000 |

### Overall Market Analysis (Unadjusted)

| Status | # | List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. Est. Total Sq. Ft. | Avg. List $/Est. Total Sq. Ft. | Avg. Sold $/Est. Total Sq. Ft. | Avg. Dom | Avg. CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sold | 3 | 452,400 | 150,800 | 435,900 | 145,300 | 0.96 | 1,784 | 82.06 | 80.71 | 75 | 75 |
| Overall | 3 | 452,400 | 150,800 | 435,900 | 145,300 | 1.45 | 1,784 | 82.06 | 80.71 | 75 | 75 |

## Selection Criteria for Comparable Properties

**Specified listings from the following search:** Property type Single-Family; Bedrooms between 3 and 4; County of 'Waukesha'; Garage Spaces between 1 and 2.5; Municipality of 'Waukesha'; Sold Date between '6/1/2012' and '3/1/2023'; Sold Price between 50000 and 250000; Status of 'Sold'; Total Bathrooms between 1 and 2; or Est. Square Footage of 1501-1750, 1751-2000 or 2001-2500; or Estimated Age of 21-40 Years, 41-60 Years or 61-100 Years; or Style of Bi-Level or Tri-Level.

**CMA: Listing Price Recommendation**     prepared for **JAMES & KAREN OSIECZONEK**

# Listing Price Recommendation



| | |
|---|---|
| **Low** | $137,900 |
| **High** | $150,000 |
| **Recommended** | $145,300 |

## CMA: Comparable #1271118 (Map Number 1)

prepared for **JAMES & KAREN OSIECZONEK**

**Address:** 2310 Lander LN Waukesha, WI 53188-4614 **County:** Waukesha    **MLS #:** 1271118

**Property Type:** Single-Family
**Status:** Sold
**Tax Key:** 2911310011
**Zoning:** RES

**List Price:** $144,900
**Taxes:** $4,230.23
**Tax Year:** 2011

**Bedrooms:** 4
**Total Full/Half Baths:** 1 / 1
**F/H Baths Upper:**
**F/H Baths Lower:**
**Garage Spaces:** 2
**Garage Type:** Attached

**Rooms:** 7
**Est. Total Sq. Ft.:** 1,776
**Est. Year Built:** 1977
**Lot Size:** 0.29 AC

**Flood Plain:** Unknown
**Conforming Use:** Unknown

**Occ. Permit Required:** N
**Days On Market:** 18

**Directions:** I94 to Grandview, S to Madison, W to kilps, S to Lander, west to address
**Coordinates:** 16S 258W

**School District:** Waukesha
**Subdivision:** Grandview Square

| Name | Dim | L | C | W | Name | Dim | L | C | W |
|---|---|---|---|---|---|---|---|---|---|
| Master Bedroom | 14 x 12 | U | | | Kitchen | 20 x 10 | M | | |
| Bedroom 2 | 12 x 10 | U | | | Living/Great Room | 15 x 15 | M | | |
| Bedroom 3 | 12 x 10 | U | | | | | | | |
| Bedroom 4 | 12 x 10 | L | | | | | | | |
| Den/Office | 12 x 10 | L | | | | | | | |

| | | | |
|---|---|---|---|
| **Type:** | Single Family | **Documents:** | None |
| **# of Acres:** | 1/4 less than 1/2 | **Appliances Incl.:** | None |
| **Style:** | Tri-Level | **Misc. Exterior:** | Above Ground Pool; Deck |
| **Architecture:** | Contemporary; Colonial | **Misc. Interior:** | Circuit Breakers; Built-in Bookcase; Bay Window |
| **Garage/Parking:** | Driveway Entrance | **Water/Waste:** | Municipal Water; Municipal Sewer |
| **Outbuildings:** | None | **Municipality:** | City |
| **Exterior:** | Vinyl | **Estimated Age:** | 21-40 Years |
| **Roofing:** | Composition | **Est. Sq. Footage:** | 1751-2000 |
| **Basement:** | Full | **Occupancy:** | Immediate |
| **Heating/Cooling:** | Natural Gas | | |
| **H/C Type:** | Forced Air | | |
| **Bath Description:** | Half on Lower; Full on Main | | |

**Remarks:** Welcome to Grandview Square! Spacious 4 Bedroom 1.5 Bathroom Home features a Bright and Sunny Living Room, Chef's Kitchen with Plenty of Cabinets, 2 Car Attached Garage and a Multi-Level Deck overlooking your Back Yard! Make Your Appointment Today!

**Sold Price:** $150,000    **Closing Date:** 09/21/2012

**Listing Office:** Realty Executives - Integrity: exec04



# Full Report
Property Location: 2310 Lander LN

**Owner:**
Castro James & Cassandra
2310 Lander LN
Waukesha, WI 53188-4614

Owner Occupied: Yes
Property Address:
2310 Lander LN  MY!
Waukesha, WI 53188-4614

County: Waukesha
Taxed by: City Of Waukesha
Taxkey #2911310011

## Assessments

| Assessment Year | Property Class | Land Assessment | Improvement Assessment | Total Assessment | Percent Of Change | Acres | Ratio |
|---|---|---|---|---|---|---|---|
| 2012 | Residential | $ 70,900 | $ 122,600 | $ 193,500 | 0.000 − | 0.290 | 1.029623338 |
| 2011 | Residential | $ 70,900 | $ 122,600 | $ 193,500 | -5.007 ↓ | 0.290 | 0.959251856 |
| 2010 | Residential | $ 70,900 | $ 132,800 | $ 203,700 | 0.000 − | 0.290 | 1.003901368 |
| 2009 | Residential | $ 70,900 | $ 132,800 | $ 203,700 | -1.973 ↓ | 0.290 | 0.962658176 |
| 2008 | Residential | $ 53,700 | $ 154,100 | $ 207,800 | 0.000 − | 0.290 | 0.899733421 |
| 2007 | Residential | $ 53,700 | $ 154,100 | $ 207,800 | 0.000 − | 0.290 | 0.913329592 |
| 2006 | Residential | $ 53,700 | $ 154,100 | $ 207,800 | 0.000 − | 0.290 | 0.936007976 |
| 2005 | Residential | $ 53,700 | $ 154,100 | $ 207,800 | 31.602 ⇧ | 0.290 | 0.997677177 |
| 2004 | Residential | $ 32,600 | $ 125,300 | $ 157,900 | 0.000 − | 0.290 | 0.829752416 |

## Taxes

| Tax Year | Total Tax | First Dollar | Lottery Credit | Net Tax | Special Taxes | Special Assessment | Special Charges | Full Pay Amount |
|---|---|---|---|---|---|---|---|---|
| 2012 | $4,041.30 | $63.27 | $88.19 | $3,889.84 | | | | $3,889.84 |
| 2011 | $4,103.41 | $62.86 | $83.20 | $3,957.35 | | | $272.88 | $4,230.23 |
| 2010 | $4,104.14 | $64.45 | $81.26 | $3,958.43 | | | $663.39 | $4,621.82 |
| 2009 | $4,097.03 | $63.64 | $72.60 | $3,960.79 | | | $657.48 | $4,618.27 |
| 2008 | $4,092.16 | $31.54 | $72.78 | $3,987.84 | | | $696.28 | $4,684.12 |
| 2007 | $4,034.59 | | $80.82 | $3,953.77 | | | $672.22 | $4,625.99 |
| 2006 | $3,902.04 | | $90.27 | $3,811.77 | | | $651.82 | $4,463.59 |
| 2005 | $3,791.62 | | $73.17 | $3,718.45 | | | $665.56 | $4,384.01 |
| 2004 | $3,779.63 | | $85.81 | $3,693.82 | | | $961.18 | $4,655.00 |

## Assessor

| | | |
|---|---|---|
| Building Square Feet: 1776 | Year Built: 1977 | Township: 6N |
| Bedrooms: 4 | Year Remodeled: | Range: 19E |
| Full Baths: 1 | Effective Year Built: | Section: 4 |
| Half Baths: 1 | Air Conditioning: Yes | Quarter: |
| Total Rooms: 7 | Fireplace: | Pool: |
| Number of Stories: 1.00 | Number of Units: 1 | Attic: |
| Building Type: Bi-Level | | Basement: Full Basement |
| Exterior Wall: Aluminum Or Vinyl | | Heat: Base |
| Exterior Condition: Average | | Garage: Basement |
| Land Use: | | School District: 6174 Waukesha |
| Zoning: | | Historic Designation: |

## Legal Description
Lot 11 BLK 1 Grandview Squa Re PT NW 1/4 Sec 4 T6N R19E R2710/219 & R2870/234

## Sales

The information contained herein is provided for general information purposes only. If any of the above information is material or being utilized to determine whether to purchase the property, the buyer should personally verify same or have it confirmed by a qualified expert. The information to independently verify and confirm includes but is not limited to total square footage formula, total square footage / acreage figures, land, building or room dimensions and all other measurements of any sort or type. Equal housing opportunity listing.
Copyright 2013 by Multiple Listing Service, Inc. See copyright notice.

Prepared by Tom McMahon, on Tuesday, March 19, 2013 1:27 PM

**CMA: Comparable #1266116 (Map Number 2)**  prepared for **JAMES & KAREN OSIECZONEK**

| Address: 1020 Burrie LN Waukesha, WI 53188-5546 County: Waukesha | | MLS #: 1266116 |
|---|---|---|
| | Property Type: Single-Family<br>Status: Sold<br>Tax Key: 2911325060<br>Zoning: RS6 | List Price: $147,900<br>Taxes: $3,900<br>Tax Year: 2011 |
| | Bedrooms: 3<br>Total Full/Half Baths: 1 / 1<br>F/H Baths Upper:<br>F/H Baths Lower:<br>Garage Spaces: 2<br>Garage Type: Attached | Rooms: 6<br>Est. Total Sq. Ft.: 1,792<br>Est. Year Built: 1978<br>Lot Size: 0.220 AC |
| | Flood Plain: Unknown<br>Conforming Use: Unknown | Occ. Permit Required: N<br>Days On Market: 104 |

Directions: MacArthur Rd to Burrie Lane, north to property
Coordinates: 25S 262W

| School District: Waukesha | | Name | Dim | L C W | Name | Dim | L C W |
|---|---|---|---|---|---|---|---|
| | | Master Bedroom | 10 x 10 | U | Dining Room | 10 x 10 | M |
| | | Bedroom 2 | 10 x 10 | U | Kitchen | 10 x 10 | M |
| | | Bedroom 3 | 10 x 10 | M | Living/Great Room | 10 x 10 | M |

| Type: | Single Family | Documents: | Seller Condition; Other |
|---|---|---|---|
| # of Acres: | Less than 1/4 | Appliances Incl.: | None |
| Style: | Bi-Level | Misc. Interior: | None/Other |
| Architecture: | Bungalow | Water/Waste: | Municipal Water; Municipal Sewer |
| Garage/Parking: | Driveway Entrance; Paved Driveway; Built-in under Home | Municipality: | City |
| | | Other Rooms: | Living Room; Formal Dining Room |
| Outbuildings: | None | Estimated Age: | 21-40 Years; Not Verified |
| Exterior: | Aluminum; Vinyl | Est. Sq. Footage: | 1751-2000; Not Verified |
| Roofing: | Composition | Occupancy: | Immediate |
| Basement: | Full | | |
| Heating/Cooling: | Natural Gas | | |
| H/C Type: | Forced Air | | |
| Bath Description: | Half on Upper; Full on Main | | |

Remarks: 3 bedroom, 1.5 bath split level home ready for your ideas! Room and lot sizes are estimates and all information should be verified. Please include in any offer the following language: Buyer to assume any/all code violations. Property is being sold in 'as-is' condition.

Sold Price: $137,900     Closing Date: 10/26/2012

Listing Office: Kapital Real Estate: kaplan



# Full Report
### Property Location : 1020 Burrie LN

**Owner :**
Lemaster Lucas G & Tiffany A
1020 Burrie LN
Waukesha, WI 53188-5546

**Owner Occupied:** Yes
**Property Address :**
1020 Burrie LN MY!
Waukesha, WI 53188-5546

**County:** Waukesha
**Taxed by:** City Of Waukesha
**Taxkey #**2911325060

## Assessments

| Assessment Year | Property Class | Land Assessment | Improvement Assessment | Total Assessment | Percent Of Change | Acres | Ratio |
|---|---|---|---|---|---|---|---|
| 2012 | Residential | $ 66,500 | $ 124,300 | $ 190,800 | 0.000 – | 0.220 | 1.029623338 |
| 2011 | Residential | $ 66,500 | $ 124,300 | $ 190,800 | -4.980 ↓ | 0.220 | 0.959251856 |
| 2010 | Residential | $ 66,500 | $ 134,300 | $ 200,800 | 0.000 – | 0.220 | 1.003901368 |
| 2009 | Residential | $ 66,500 | $ 134,300 | $ 200,800 | 1.774 ↑ | 0.220 | 0.962658176 |
| 2008 | Residential | $ 45,500 | $ 151,800 | $ 197,300 | 0.000 – | 0.220 | 0.899733421 |
| 2007 | Residential | $ 45,500 | $ 151,800 | $ 197,300 | 0.000 – | 0.220 | 0.913329592 |
| 2006 | Residential | $ 45,500 | $ 151,800 | $ 197,300 | 0.000 – | 0.220 | 0.936007976 |
| 2005 | Residential | $ 45,500 | $ 151,800 | $ 197,300 | 35.788 ↑ | 0.220 | 0.997677177 |
| 2004 | Residential | $ 29,800 | $ 115,500 | $ 145,300 | 0.000 – | 0.220 | 0.829752416 |

## Taxes

| Tax Year | Total Tax | First Dollar | Lottery Credit | Net Tax | Special Taxes | Special Assessment | Special Charges | Full Pay Amount |
|---|---|---|---|---|---|---|---|---|
| 2012 | $3,984.91 | $63.27 | $88.19 | $3,833.45 | | | | $3,833.45 |
| 2011 | $4,046.15 | $62.86 | $83.20 | $3,900.09 | | | $446.64 | $4,346.73 |
| 2010 | $4,045.71 | $64.45 | $81.26 | $3,900.00 | | | $417.90 | $4,317.90 |
| 2009 | $4,038.70 | $63.64 | $72.60 | $3,902.46 | | | $406.04 | $4,308.50 |
| 2008 | $3,885.38 | $31.54 | $72.78 | $3,781.06 | | | $439.95 | $4,221.01 |
| 2007 | $3,830.72 | | $80.82 | $3,749.90 | | | | $3,749.90 |
| 2006 | $3,704.87 | | $90.27 | $3,614.60 | | | | $3,614.60 |
| 2005 | $3,600.03 | | $73.17 | $3,526.86 | | | | $3,526.86 |
| 2004 | $3,478.02 | | $85.81 | $3,392.21 | | | | $3,392.21 |

## Assessor

| | | |
|---|---|---|
| **Building Square Feet :** 1792 | **Year Built :** 1978 | **Township :** 6N |
| **Bedrooms :** 3 | **Year Remodeled :** | **Range :** 19E |
| **Full Baths :** 1 | **Effective Year Built :** | **Section :** 8 |
| **Half Baths :** 1 | **Air Conditioning :** Yes | **Quarter :** |
| **Total Rooms :** 6 | **Fireplace :** | **Pool :** |
| **Number of Stories :** 1.00 | **Number of Units :** 1 | **Attic :** |
| **Building Type :** Split-Level | | **Basement :** Full Basement |
| **Exterior Wall :** Aluminum Or Vinyl | | **Heat :** Base |
| **Exterior Condition :** Average | | **Garage :** Basement |
| **Land Use :** | | **School District :** 6174 Waukesha |
| **Zoning :** | | **Historic Designation :** |

## Legal Description

Lot 5 BLK 5 Kensington Park Add No 1 PT NE1/4 Sec 8 T6 N R19E Doc No 3919872

## Sales

The information contained herein is provided for general information purposes only. If any of the above information is material or being utilized to determine whether to purchase the property, the buyer should personally verify same or have it confirmed by a qualified expert. The information to independently verify and confirm includes but is not limited to total square footage formula, total square footage / acreage figures, land, building or room dimensions and all other measurements of any sort or type. Equal housing opportunity listing.
Copyright 2013 by Multiple Listing Service, Inc. See copyright notice.

Prepared by Tom McMahon, on Tuesday, March 19, 2013 1:27 PM

**CMA: Comparable #1266617 (Map Number 3)**      prepared for **JAMES & KAREN OSIECZONEK**

Address: 105 Joellen Dr Waukesha, WI 53188-4973  County: Waukesha      MLS #: 1266617

| | |
|---|---|
| Property Type: Single-Family | List Price: $159,600 |
| Status: Sold | Taxes: $3,786 |
| Tax Key: 2911309337 | Tax Year: 2011 |
| Zoning: Res | |
| Bedrooms: 3 | Rooms: 6 |
| Total Full/Half Baths: 2 / 0 | Est. Total Sq. Ft.: |
| F/H Baths Upper: | Est. Year Built: |
| F/H Baths Lower: | Lot Size: TBV |
| Garage Spaces: 2 | |
| Garage Type: Attached | |
| Flood Plain: No | Occ. Permit Required: N |
| Conforming Use: Yes | Days On Market: 104 |

Directions: One block east of Moreland Blvd and Madison St
Coordinates: 19S 255W  PIN/PR ID: 90231

School District: Waukesha
High School: North
Middle School: Butler

| Name | Dim | L | C | W | Name | Dim | L | C | W |
|---|---|---|---|---|---|---|---|---|---|
| Master Bedroom | 14 x 12 | U | Yes | Yes | Dining Room | x | M | | |
| Bedroom 2 | 14 x 13 | U | Yes | Yes | Family Room | 17 x 12 | L | Yes | |
| Bedroom 3 | 10 x 11 | L | Yes | Yes | Kitchen | 18 x 11 | M | | |
| | | | | | Living/Great Room | 16 x 13 | M | Yes | Yes |
| | | | | | Rec Room | 16 x 13 | L | Yes | |

| | | | |
|---|---|---|---|
| Type: | Single Family | Financing Available: | Short Sale |
| # of Acres: | 1/4 less than 1/2 | Documents: | Seller Condition; LeadPaint Disclosure |
| Style: | Tri-Level | Appliances Incl.: | Oven; Range; Refrigerator; Disposal; Dishwasher |
| Architecture: | Other | | |
| Garage/Parking: | Driveway Entrance | Misc. Exterior: | Patio |
| Outbuildings: | Other | Misc. Interior: | Elec. Appl. Hook-up |
| Exterior: | Aluminum; Partial-Brick | Water/Waste: | Municipal Water; Municipal Sewer |
| Roofing: | Composition | Tax Includes: | Trash Collection |
| Basement: | Partial; Block | Municipality: | City |
| Heating/Cooling: | Natural Gas; Central Air | Other Rooms: | Living Room |
| H/C Type: | Forced Air | Estimated Age: | 21-40 Years |
| Bath Description: | Off MBR; Dual Entry Off MBR | Est. Sq. Footage: | 1501-1750 |
| | | Occupancy: | Immediate |

Remarks: Beautifully maintained three bedroom, two bath tri-level in popular area of Waukesha. Loads of cabinet space in the kitchen which leads to a patio that overlooks the lovely rear yard.

Sold Price: $148,000      Closing Date: 01/15/2013

Listing Office: First Weber Group - Waukesha: fwg13



## Full Report
### Property Location: 105 Joellen DR

**Owner:**
Stangler L R & B J
105 Joellen DR
Waukesha, WI 53188-4973

**Owner Occupied:** Yes
**Property Address:**
105 Joellen DR MY!
Waukesha, WI 53188-4973

**County:** Waukesha
**Taxed by:** City Of Waukesha
**Taxkey #** 2911309337

### Assessments

| Assessment Year | Property Class | Land Assessment | Improvement Assessment | Total Assessment | Percent Of Change | Acres | Ratio |
|---|---|---|---|---|---|---|---|
| 2012 | Residential | $ 76,300 | $ 109,100 | $ 185,400 | 0.000 – | 0.220 | 1.029623338 |
| 2011 | Residential | $ 76,300 | $ 109,100 | $ 185,400 | -7.021 ↓ | 0.220 | 0.959251856 |
| 2010 | Residential | $ 76,300 | $ 123,100 | $ 199,400 | 0.000 – | 0.220 | 1.003901368 |
| 2009 | Residential | $ 76,300 | $ 123,100 | $ 199,400 | -1.531 ↓ | 0.220 | 0.962658176 |
| 2008 | Residential | $ 58,100 | $ 144,400 | $ 202,500 | 0.000 – | 0.220 | 0.899733421 |
| 2007 | Residential | $ 58,100 | $ 144,400 | $ 202,500 | 0.000 – | 0.220 | 0.913329592 |
| 2006 | Residential | $ 58,100 | $ 144,400 | $ 202,500 | 0.000 – | 0.220 | 0.936007976 |
| 2005 | Residential | $ 58,100 | $ 144,400 | $ 202,500 | 41.807 ↑ | 0.220 | 0.997677177 |
| 2004 | Residential | $ 36,300 | $ 106,500 | $ 142,800 | 0.000 – | 0.220 | 0.829752416 |

### Taxes

| Tax Year | Total Tax | First Dollar | Lottery Credit | Net Tax | Special Taxes | Special Assessment | Special Charges | Full Pay Amount |
|---|---|---|---|---|---|---|---|---|
| 2012 | $3,872.13 | $63.27 | $88.19 | $3,720.67 | | | | $3,720.67 |
| 2011 | $3,931.64 | $62.86 | $83.20 | $3,785.58 | | | $798.28 | $4,583.86 |
| 2010 | $4,017.50 | $64.45 | $81.26 | $3,871.79 | | | $825.35 | $4,697.14 |
| 2009 | $4,010.54 | $63.64 | $72.60 | $3,874.30 | | | $624.29 | $4,498.59 |
| 2008 | $3,987.79 | $31.54 | $72.78 | $3,883.47 | | | $277.95 | $4,161.42 |
| 2007 | $3,931.68 | | $80.82 | $3,850.86 | | | | $3,850.86 |
| 2006 | $3,802.52 | | $90.27 | $3,712.25 | | | $667.65 | $4,379.90 |
| 2005 | $3,694.91 | | $73.17 | $3,621.74 | | | $654.35 | $4,276.09 |
| 2004 | $3,418.18 | | $85.81 | $3,332.37 | | | $617.87 | $3,950.24 |

### Assessor

| | | |
|---|---|---|
| Building Square Feet: 1540 | Year Built: 1985 | Township: 6N |
| Bedrooms: 3 | Year Remodeled: | Range: 1E |
| Full Baths: 2 | Effective Year Built: | Section: 4 |
| Half Baths: | Air Conditioning: | Quarter: |
| Total Rooms: 6 | Fireplace: | Pool: |
| Number of Stories: 1.00 | Number of Units: 1 | Attic: |
| Building Type: Split-Level | | Basement: Full Basement |
| Exterior Wall: Aluminum Or Vinyl | | Heat: Base |
| Exterior Condition: Average | | Garage: Attached Garage |
| Land Use: | | School District: 6174 Waukesha |
| Zoning: | | Historic Designation: |

### Legal Description
Lot 182 Woodfield Add No 5 PT SE1/4 Sec 4 T6N R1 9E R711/538

### Sales

The information contained herein is provided for general information purposes only. If any of the above information is material or being utilized to determine whether to purchase the property, the buyer should personally verify same or have it confirmed by a qualified expert. The information to independently verify and confirm includes but is not limited to total square footage formula, total square footage / acreage figures, land, building or room dimensions and all other measurements of any sort or type. Equal housing opportunity listing.
Copyright 2013 by Multiple Listing Service, Inc. See copyright notice.

Prepared by Tom McMahon, on Tuesday, March 19, 2013 1:27 PM