THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: April 11, 2013

Margaret Dee McGarity
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | | |
|---|---|---|
| In re: | JAMES STEPHEN OSIECZONEK | CHAPTER 13 |
| | KAREN RUTH OSIECZONEK | |
| | | Case No. 13-23443-MDM |
| Soc. Sec. No. | xxx-xx-2839 | |
| | xxx-xx-6699 | |

**ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR**

To JAMES STEPHEN OSIECZONEK & KAREN RUTH OSIECZONEK the above named debtor(s):

IT IS ORDERED THAT:

1. You shall pay the sum of **$595.00 Monthly through January 2016 then $627.00 Monthly through December 2017 and finally $766.00 Monthly thereafter** to the Chapter 13 Trustee within 30 days after you file your case (NOT 30 days after you receive this notice).

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee. INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE. PLEASE MAKE PAYABLE AND MAIL TO:

    **CHAPTER 13 TRUSTEE**
    **P.O. BOX 730**
    **MEMPHIS, TN 38101-0730**

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
JAMES STEPHEN OSIECZONEK
KAREN RUTH OSIECZONEK
1719 CENTER ROAD
WAUKESHA, WI 53189

**Debtor(s) Attorney:**
MUSKEGO LEGAL CENTER LLP
S75 W17313 JANESVILLE ROAD
PO BOX 656
MUSKEGO WI 53150-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

                                              Trustee Issued Date:   April 10, 2013
#####