THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: December 5, 2013

Margaret Dee McGarity
United States Bankruptcy Judge

# United States Bankruptcy Court
# Eastern District of Wisconsin

_____

IN RE:  JAMES STEPHEN OSIECZONEK
        KAREN RUTH OSIECZONEK
              Debtors

Case No.: 13-23443-MDM

Chapter: 13
_____

## ORDER CONFIRMING MODIFIED PLAN

The debtors' modified plan was filed on October 30, 2013. The modified plan was transmitted to those creditors required by Bankruptcy Rule 3015 or Order of the Court, and all objections have been overruled, withdrawn, or resolved.

Upon review of the modified plan and the entire file in this case, the Court finds that the modified plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtors' modified chapter 13 plan is confirmed, with the following provisions. (This is only a summary, consult the modified plan for additional details.)

1. Payments: $595.00 Monthly

2. The modified plan projects unsecured claims will receive: Not less than 13% or $12,901.93, whichever is greater

3. Other provisions that have changed from the most recently confirmed Chapter 13 plan are: No plan payments to be made from October through December 2013.

4. All other terms and conditions of the previous Order Confirming Plan remain in full force and effect.

#####