UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF WISCONSIN

**In Re:**

                                         **Chapter 13**

    **James Stephen Osieczonek**
    **Karen Ruth Osieczonek**

                                         **Case No: 13-23443-mdm**

                      **Debtors.**

## DEBTOR'S OBJECTION TO WELLS FARGO BANK, N.A.'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

James and Karen Osieczonek ("Debtors"), through their attorney, Angela M. Soltis, hereby respond to the Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A., ("Creditor") for the property located at 1719 Center Road Waukesha, Wisconsin, 53189, in this bankruptcy case, and in support thereof, allege as follows:

1. Debtors fell behind on their mortgage payments when they were involved in a motorcycle accident that caused both Debtors to be off of work for several months.

2. Debtors are now back to work and able to make regular mortgage payments.

3. Debtors do have one (1) mortgage payment they are able to forward to creditor immediately.

WHEREFORE, Debtors request that the Motion for Relief from Stay be denied, or in the alternative, that a hearing be set on this matter.

Dated: <u>December 16, 2014</u>             <u>/s/ Angela M. Soltis</u>
                                                        Angela M. Soltis, 1063963
                                                        Muskego Law Group
                                                        S74 W17095 Janesville Road, Suite B
                                                        Muskego, WI  53150
                                                        262-679-5395 (p)
                                                        262-679-5394 (f)
                                                        angelasoltis@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

**James Stephen Osieczonek**
**Karen Ruth Osieczonek**

Chapter 13

Case No: 13-23443-mdm

Debtors.

## CERTIFICATION OF SERVICE

Angela M. Soltis, counsel for the Debtors, does hereby certify that a copy of the Objection to Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay was electronically filed with the Court via the CM/ECF system, and duly served upon the following parties:

Mary B. Grossman
ecf@chapter13milwaukee.com

Office of the U. S. Trustee
ustpregion11.mi.ecf@usdoj.gov

Jay J. Pitner (Christopher Drout) on behalf of Creditor Wells Fargo Bank, N.A.,
bknotices@gray-law.com;bknotice@gmail.com

She further certifies that the following parties were served a copy via the United States Postal Service on this date:

James & Karen Osieczonek
1719 Center Road
Waukesha, WI 53189

Dated: December 16, 2014

/s/ Angela M. Soltis
Angela M. Soltis, 1063963
Muskego Law Group
S74 W17095 Janesville Road, Suite B
Muskego, WI 53150
262-679-5395 (p)
262-679-5394 (f)
angelasoltis@gmail.com