UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
<u>COURT MINUTES</u>

CHAPTER 13
DATE: January 7, 2015
JUDGE: Margaret Dee McGarity
CASE NO.: 13-23443-MDM
DEBTOR: James S. and Karen R. Osieczonek
NATURE OF HEARING: Preliminary hearing on the debtors' objection to Wells Fargo Bank, NA's motion for relief from the automatic stay.
APPEARANCES: Christopher Schimke for the Chapter 13 Trustee
J. Pitner, Attorney for Creditor
Angela Soltis, Attorney for Debtors
COURTROOM DEPUTY: Carolyn A. Belunas
TIME: 11:50 - 11:53 am

Mr. Pitner stated that he does not have settlement authority from his client.

Ms. Soltis stated that both debtors are back to work full-time and are able to commence making mortgage payments.

The court ordered the creditor to file a supplemental claim for the arrearage. Ms. Soltis will increase plan payments to accommodate the additional claim.

A 6 month doomsday provision will be in effect on regular payments to the creditor, commencing in January 2015. Thereafter, the creditor has the right to renew its motion by letter to the court for the duration of the plan.

Mr. Pitner will submit an order.