

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 20, 2015

Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>James Stephen Osieczonek and Karen Ruth Osieczonek<br><br>　　　　Debtors. | Chapter: 13<br><br>Case No. 13-23443-mdm |

**AMENDED ORDER PURSUANT TO HEARING UPON MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the motion of Wells Fargo Bank, N.A. the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant") for an order for relief from the automatic stay with respect to the property located at 1719 Center Rd, Waukesha, WI 53189-7302, this matter was heard on January 7, 2015, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor(s) appearing through Muskego Legal Center LLP, by Angela M. Soltis, and Christopher D. Schimke appearing on behalf of the Chapter13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

IT IS HEREBY ORDERED that the debtor shall pay the sum of $1,112.44 to the movant in sufficient time to be received on or before the end of January 2015.

IT IS FURTHER ORDERED that with the expectation that the payment required by the preceding paragraph will be received in a timely manner, the movant may file a supplemental claim for the post-petition arrearage which exists through the end of December 2014 in the amount of $5,549.40. The arrearage is itemized as follows:

| | |
|---|---:|
| 8/1/14 through 12/1/14<br>5 mortgage payments @ $1,112.44 | $5,562.20 |
| **NSF Fees** | **0.00** |
| Credits / Suspense | (12.80) |
| Attorney Fees and Costs | 0.00 |
| TOTAL ARREARAGE | <u>$5,549.40</u> |

IT IS FURTHER ORDERED that commencing in January 2015 and continuing through and including June 2015, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.  In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in July 2015, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.  In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,112.44 and payments shall be made to the movant at Wells Fargo Bank, N.A., 1 Home Campus, Attention: Payment Processing, MAC# x2302-04c Des Moines, IA 50328.

#####