B6B (Official Form 6B) (12/07)

In re **James Stephen Osieczonek,**      Case No. **13-23443-MDM**
      **Karen Ruth Osieczonek**
,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: 0025**<br>**Location: Landmark Credit Union**<br>**PO Box 510910**<br>**New Berlin WI 53151** | J | 628.00 |
| | | | **Savings Account: 6008**<br>**Location: Landmark Credit Union**<br>**PO Box 510910**<br>**New Berlin, WI 53151** | J | 468.00 |
| | | | **Savings Account: 6001**<br>**Location: Landmark Credit Union**<br>**PO Box 510910**<br>**New Berlin, WI 53151** | J | 884.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: 2 beds, 2 dressers, 1 sofa, 1 chair & 1 ottoman, 4 end tables, 1 kitchen table, 6 chairs, 1 futon, 2 bookcases, 1 entertainment center, 8 lamps, 2 tvs**<br>**Location: 1719 Center Road Waukesha, WI 53189** | J | 800.00 |
| | | | **Appliances: 1 stove, 2 large refrigerators, 1 small refrigerator, 1 small freezer, 3 blenders, 2 nesco, 1 juicer, 1 washer, 1 dryer**<br>**Location: 1719 Center Road Waukesha, WI 53189** | J | 330.00 |
| | | | **Household: daily dishes, china, bowls, silverware, cups, 8 set curtains, towels, pictures**<br>**Location: 1719 Center Road Waukesha, WI 53189** | J | 110.00 |
| | | | **Audio-Video: ipod, nano, bose speaker**<br>**Location: 1719 Center Road Waukesha, WI 53189** | J | 50.00 |

                                                                         Sub-Total >    **3,270.00**
                                                                       (Total of this page)

**4** continuation sheets attached to the Schedule of Personal Property

In re **James Stephen Osieczonek,**
**Karen Ruth Osieczonek** ,
Debtors

Case No. **13-23443-MDM**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | **Office: desk, laptop, printer, file cabinets, plastic storage drawers** <br> **Location: 1719 Center Road Waukesha, WI 53189** | J | 345.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collectibles: 42 nascar die cast, pottery,** <br> **Location: 1719 Center Road Waukesha, WI 53189** | J | 350.00 |
| | | | **Books-Music: books, cds, dvd** <br> **Location: 1719 Center Road Waukesha, WI 53189** | J | 30.00 |
| 6. | Wearing apparel. | | **Clothes: jeans, shirts, under clothes, outer coats & jackets** <br> **Location: 1719 Center Road Waukesha, WI 53189** | J | 300.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Sports-Hobby: treadmill, trampoline, camping tent, camping misc., riding gear** <br> **Location: 1719 Center Road Waukesha, WI 53189** | J | 275.00 |
| | | | **Firearms: rifle & shot gun** <br> **Location: 1719 Center Road Waukesha, WI 53189** | J | 75.00 |
| | | | **Tools: basic tools, air compressor, jacks, jack stands, yard tools ( shovels rakes etc ), 1 snow blower, 2 lawnmowers** <br> **Location: 1719 Center Road Waukesha, WI 53189** | J | 550.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Debtor's Term Life Insurance Policy through Employer (no cash value)** | C | 0.00 |
| | | | **Joint Debtor's Term Life Insurance Policy through Employer (no cash value)** | C | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Financial Account: Jim's Retirement account** <br> **Location: Fidelity Investments** <br> **P.O. Box 673008** <br> **Dallas TX 75267-3008** | W | 2,410.85 |
| | | | | Sub-Total > <br> (Total of this page) | **4,335.85** |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re  **James Stephen Osieczonek,**  
     **Karen Ruth Osieczonek**,  
                        Debtors

Case No. **13-23443-MDM**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Financial Account: Walgreens Retirement /VIP Location: J.P. Morgan Retirement Plan Services LLC ATTN:Walgreens Profit-Sharing Retirement plan P.O. Box 419784 Kansas City, MO 64141-6784** | W | 15,308.40 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Jesse Osieczonek - civil judgment Uncollectible.** | C | 24,971.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal Injury Settlement** <br><br> **James - $20,246.85** <br><br> **Karen - $4,050.27** | C | 24,297.12 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| | | | Sub-Total > (Total of this page) | 64,576.52 |

Sheet __2__ of __4__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **James Stephen Osieczonek,** Case No. **13-23443-MDM**
**Karen Ruth Osieczonek**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2008 Jeep Liberty Sport Utility (VIN: 1H8GN28K18W256263; Good Condition; 38k Miles)** **Location: 1719 Center Road Waukesha, WI 53189** | H | 11,473.00 |
| | | **Auto: 1993 Ford Taurus (VIN: 1FALP52U4PG254002; Fair Condition; 77k Miles)** **Location: 1719 Center Road Waukesha, WI 53189** | J | 500.00 |
| | | **Motorcycle: 1997 Harley Davidson Springer (VIN: 1HD1BRL14VY046641; GoodCondition; 22k Miles)** **Location: 1719 Center Road Waukesha, WI 53189** | J | 5,840.00 |
| | | **Motorcycle: 2004 Honda Shadow Aero (VIN: JH2RC50344K013728, Good Condition; 20k Miles)** | H | 2,275.00 |
| | | **Trailer: 4 x 8** **Location: 1719 Center Road Waukesha, WI 53189** | J | 300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Animals: cat** **Location: 1719 Center Road Waukesha, WI 53189** | J | 20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total > **20,408.00**
(Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

In re **James Stephen Osieczonek,**  
      **Karen Ruth Osieczonek**  Case No. **13-23443-MDM**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **0.00**
(Total of this page)
Total >   **92,590.37**

Sheet **4** of **4** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **James Stephen Osieczonek,**  
**Karen Ruth Osieczonek**  
Case No. **13-23443-MDM**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account: 0025** Location: Landmark Credit Union PO Box 510910 New Berlin WI 53151 | 11 U.S.C. § 522(d)(5) | 628.00 | 628.00 |
| **Savings Account: 6008** Location: Landmark Credit Union PO Box 510910 New Berlin, WI 53151 | 11 U.S.C. § 522(d)(5) | 468.00 | 468.00 |
| **Savings Account: 6001** Location: Landmark Credit Union PO Box 510910 New Berlin, WI 53151 | 11 U.S.C. § 522(d)(5) | 884.00 | 884.00 |
| **Household Goods and Furnishings** Furniture: 2 beds, 2 dressers, 1 sofa, 1 chair & 1 ottoman, 4 end tables, 1 kitchen table, 6 chairs, 1 futon, 2 bookcases, 1 entertainment center, 8 lamps, 2 tvs Location: 1719 Center Road Waukesha, WI 53189 | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| Appliances: 1 stove, 2 large refrigerators, 1 small refrigerator, 1 small freezer, 3 blenders, 2 nesco, 1 juicer, 1 washer, 1 dryer Location: 1719 Center Road Waukesha, WI 53189 | 11 U.S.C. § 522(d)(3) | 330.00 | 330.00 |
| Household: daily dishes, china, bowls, silverware, cups, 8 set curtains, towels, pictures Location: 1719 Center Road Waukesha, WI 53189 | 11 U.S.C. § 522(d)(3) | 110.00 | 110.00 |
| Audio-Video: ipod, nano, bose speaker Location: 1719 Center Road Waukesha, WI 53189 | 11 U.S.C. § 522(d)(3) | 50.00 | 50.00 |
| Office: desk, laptop, printer, file cabinets, plastic storage drawers Location: 1719 Center Road Waukesha, WI 53189 | 11 U.S.C. § 522(d)(3) | 345.00 | 345.00 |
| **Books, Pictures and Other Art Objects; Collectibles** Collectibles: 42 nascar die cast, pottery, Location: 1719 Center Road Waukesha, WI 53189 | 11 U.S.C. § 522(d)(3) | 350.00 | 350.00 |

__2__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **James Stephen Osieczonek,**
**Karen Ruth Osieczonek**,
Debtors

Case No. **13-23443-MDM**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books-Music: books, cds, dvd**<br>**Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(3) | 30.00 | 30.00 |
| **Wearing Apparel**<br>**Clothes: jeans, shirts, under clothes, outer coats & jackets**<br>**Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Sports-Hobby: treadmill, trampoline, camping tent, camping misc., riding gear**<br>**Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(3) | 275.00 | 275.00 |
| **Firearms: rifle & shot gun**<br>**Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(3) | 75.00 | 75.00 |
| **Tools: basic tools, air compressor, jacks, jack stands, yard tools ( shovels rakes etc ), 1 snow blower, 2 lawnmowers**<br>**Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(3) | 550.00 | 550.00 |
| **Interests in Insurance Policies**<br>**Debtor's Term Life Insurance Policy through Employer (no cash value)** | 11 U.S.C. § 522(d)(11)(C) | 100% | 0.00 |
| **Joint Debtor's Term Life Insurance Policy through Employer (no cash value)** | 11 U.S.C. § 522(d)(11)(C) | 100% | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**Financial Account: Jim's Retirement account**<br>**Location: Fidelity Investments**<br>**P.O. Box 673008**<br>**Dallas TX 75267-3008** | 11 U.S.C. § 522(d)(12) | 2,410.85 | 2,410.85 |
| **Financial Account: Walgreens Retirement /VIP**<br>**Location: J.P. Morgan Retirement Plan Services LLC**<br>**ATTN:Walgreens Profit-Sharing Retirement plan**<br>**P.O. Box 419784**<br>**Kansas City, MO 64141-6784** | 11 U.S.C. § 522(d)(12) | 15,308.40 | 15,308.40 |
| **Accounts Receivable**<br>**Jesse Osieczonek - civil judgment Uncollectible.** | 11 U.S.C. § 522(d)(5) | 18,780.00 | 24,971.00 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

**B6C (Official Form 6C) (4/10) -- Cont.**

In re **James Stephen Osieczonek,**
      **Karen Ruth Osieczonek**        Case No. **13-23443-MDM**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Personal Injury Settlement** | 11 U.S.C. § 522(d)(11)(D) | 24,297.12 | 24,297.12 |
| **James - $20,246.85** | | | |
| **Karen - $4,050.27** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 1993 Ford Taurus (VIN: 1FALP52U4PG254002; Fair Condition; 77k Miles)** **Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Motorcycle: 1997 Harley Davidson Springer (VIN: 1HD1BRL14VY046641; GoodCondition; 22k Miles)** **Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 3,450.00<br>2,390.00 | 5,840.00 |
| **Motorcycle: 2004 Honda Shadow Aero (VIN: JH2RC50344K013728, Good Condition; 20k Miles)** | 11 U.S.C. § 522(d)(2) | 2,275.00 | 2,275.00 |
| **Trailer: 4 x 8** **Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Animals** | | | |
| **Animals: cat** **Location: 1719 Center Road Waukesha, WI 53189** | 11 U.S.C. § 522(d)(3) | 20.00 | 20.00 |
| | Total: | **74,926.37** | **81,117.37** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt